UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KERTRANKA GORDON-PARMS**                                    **CIVIL ACTION**

**VERSUS**                                                                            **NO. 24-575-JWD-EWD**

**HEATHER DENTON, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 8, 2025 (Doc. 13), to which no objection was filed;

**IT IS ORDERED** that all claims of Plaintiff Kertranka Gordon-Parms asserted in this matter are DISMISSED WITHOUT PREJUDICE for failure to state a claim under 28 U.S.C. § 1915(e).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 28, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**