UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KERTRANKA GORDON-PARMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-575-JWD-EWD** |
| **HEATHER DENTON, ET AL.** | |

### JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered, dismissing without prejudice all claims of Plaintiff Kertranka Gordon-Parms asserted in this matter for failure to state a claim under 28 U.S.C. § 1915(e).

Signed in Baton Rouge, Louisiana, on May 28, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**